UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF:<br><br>Marian Annette Fitch<br><br><br>DEBTOR(S) | Case No.: 24-20681<br>Chapter 13 |
| U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust, by SN Servicing Corporation, Servicing Agent<br>MOVANT<br>vs.<br>Marian Annette Fitch<br><br>Frank Lewis Fitch, non filing codebtor<br><br>RESPONDENT(S) | |

## **NOTICE OF SECURED CREDITOR'S RIGHT TO COMMENCE FORECLOSURE**

    NOW COMES MOVANT by the undersigned counsel and files herein this NOTICE OF TERMINATION OF AUTOMATIC STAY.

    Pursuant to the terms and conditions of the Consent Order, the Debtor(s) have/has no right to cure said default.

    Under the provisions of the Consent Order, the stay of Section 362(a) is terminated as of December 23, 2025.

Signed and mailed this 23rd day of December, 2025.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

Cohn, Goldberg & Deutsch, LLC

Attorneys at Law
1099 Winterson Rd
Suite 301
Linthicum Heights, Maryland, 21090

410-296-2550

File #: 417727

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that on this 23rd day of December, 2025, a copy of the within Notice of Secured Creditor's Right to Commence Foreclosure was mailed, postage prepaid, and/or electronic filing notification, to:

Marian Annette Fitch
5600 61st Place
Riverdale, MD 20737

Frank Lewis Fitch
5600 61st Place
Riverdale, MD 20737

and respondent(s)' counsel:
Brian Williams, Esquire
6475 New Hampshire Ave. Ste. 205
Hyattsville, MD 20783

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr Suite 240
Annapolis, MD 21401

    /s/ Richard J. Rogers
    Richard J. Rogers, Esquire
    Cohn, Goldberg & Deutsch, LLC
    1099 Winterson Road, Suite 301
    Linthicum Heights, MD  21090
    410-296-2550
    Fax: 410-296-2558
    Email: bankruptcyecf@cgd-law.com
    Federal Bar #: 01980 (MD)
    Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON RD
SUITE 301
LINTHICUM HEIGHTS,
MARYLAND, 21090

410-296-2550

File #: 417727